OSCN Found Document:RE SUSPENSION OF CREDENTIALS OF CERTIFIED AND REGISTERED COURTROOM INTERPRETERS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 RE SUSPENSION OF CREDENTIALS OF CERTIFIED AND REGISTERED COURTROOM INTERPRETERS
2024 OK 16
Decided: 03/11/2024 THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 16, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

RE: Suspension of Credentials of Certified and Registered Courtroom Interpreters
ORDER
The Oklahoma Board of Examiners of Certified Courtroom Interpreters has recommended to the Supreme Court of the State of Oklahoma the suspension of the credentials of each of the Oklahoma Registered Courtroom Interpreter listed on the attached Exhibit for failure to comply with the annual certificate renewal requirements for 2024.
Pursuant to 20 O.S., Chapter 23, App. II, Rule 18(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.
IT IS THEREFORE ORDERED that the credentials of each of the interpreters named on the attached Exhibit is hereby suspended effective March 11, 2024.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 11TH day of MARCH, 2024.
/s/CHIEF JUSTICE
ALL JUSTICES CONCUR
Exhibit A

Name

Reason

Cindy Avila

2023 Continuing Education
and 2024 Renewal Fees

Charles Escalante

2023 Continuing Education
and 2024 Renewal Fees

Jesus Flores

2023 Continuing Education
and 2024 Renewal Fees

Daniela Hernandez

2023 Continuing Education and 2024 Renewal Fees

Gisele Jones

2023 Continuing Education and 2024 Renewal Fees

Byron Lema

2024 Renewal Fees

Cesar Leon

2023 Continuing Education

Rosanna Lopez

2023 Continuing Education and 2024 Renewal Fees

Juan Martinez

2023 Continuing Education and 2024 Renewal Fees

Elvira Miramontes

2023 Continuing Education and 2024 Renewal Fees

Valentina Saldana

2023 Continuing Education and 2024 Renewal Fees

Alfredo Sampayo

2023 Continuing Education 

Cynthia Santiesteban

2023 Continuing Education and 2024 Renewal Fees

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA